IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD J. PAYNE,

    Petitioner,        No. CIV S-07-1710 FCD GGH P

   vs.

J.C. WALKER, et al.,

    Respondents.    ORDER

_____/

      By <u>Order</u>, filed on August 30, 2007, the Federal Defender was appointed as counsel for petitioner, a state prisoner who filed pro se a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's counsel has filed a motion for substitution of counsel. Although a proposed order was filed in .pdf format in the court's electronic filing system, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

      IT IS SO ORDERED.

DATED: 10/1/07                    /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
payn1710.lcr