```
J. Toney
Attorney at Law
State Bar No. 43143
P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Gerald Payne
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PAYNE, <br>     Petitioner, <br>   v. <br> J.C. WALKER <br>     Respondent, | CV. No. S-07-1710 FCD GGH <br> REQUEST FOR AND ORDER MODIFYING TIME FOR SCHEDULING STATEMENT |

    In the above case, the Court had set a date of Oct. 1, 2007 for submission of a joint scheduling statement.  The parties now stipulate that this date should be extended 60 days to December 1, 2007 for the following reason:   Newly appointed counsel for Petitioner has not yet received the file of this case.

2.  Deputy Attorney Burnstein, Counsel for Respondent has no objection to this request.

    It is therefore requested that the Court grant the request to modify the date for submission of a joint scheduling statement to December 1, 2007.

Dated October 1, 2007                    /S/ J.TONEY

                                                         J. Toney

                                              Attorney for Petition

1

ORDER

Good cause being shown, the date for submission of a joint scheduling statement in this case is continued to December 1, 2007.


Dated:10/11/07                    /s/ Gregory G. Hollows
                                         U.S. Magistrate Judge

payn1710.po

2