1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Gerald Payne
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9  GERALD PAYNE,                        )
                                         )  CV. No. S-07-1710 FCD GGH P
10         Petitioner,                   )
                                         )  REQUEST FOR AND
11    v.                                 )  ORDER MODIFYING TIME FOR
                                         )  SCHEDULING STATEMENT
12 J.C. WALKER                           )
                                         )
13                                       )
           Respondent,                   )
14 _____)

15     In the above case, the Court had set a date of Dec. 1, 2007 for
16 submission of a joint scheduling statement.  The parties now
17 stipulate that this date should be extended to January 15, 2008 for
18 the following reason:   Counsel for Petitioner has been unable to
19 schedule a meeting with Petitioner to discuss possible additional
20 issues; a meeting will take place within the next three weeks.
21 Deputy Attorney General Bernstein will be out of his office during
22 the first week in January.  The parties believe that no further
23 extensions of time will be needed for this statement.
24 2.  Deputy Attorney Bernstein, Counsel for Respondent has no
25 objection to this request.
26      It is therefore requested that the Court grant the request to
27 modify the date for submission of a joint scheduling statement to
28
                                    1

January 15, 2008.

Dated November 30, 2007                    /S/ J.TONEY

                                       J. Toney

                           Attorney for Petitioner

ORDER

Good cause being shown the date for submission of a joint scheduling statement in this case is continued to January 15, 2008.

Dated: 12/5/07                        /s/ Gregory G. Hollows
                                      U.S. Magistrate Judge

payn1710.po2

2