IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD J. PAYNE,

    Petitioner,                         No. CIV S-07-1710 FCD GGH P

    vs.

J.C. WALKER, et al.,

    Respondents.                     ORDER

_____/

    A joint scheduling statement in this matter was filed on January 18, 2008, pursuant to the court's order filed August 30, 2007, the parties having subsequently been granted two extensions of time.[1] After reviewing the joint statement, the court issues the following ORDERS:

    1. Should petitioner choose to stand on the original petition, petitioner's counsel must so indicate to the court and must file any supplemental memorandum of points and authorities on or before March 15, 2008;[2]

    2. Should petitioner elect to proceed on an amended petition of exhausted claims

---

[1] See Orders, filed on 10/11/07 and 12/05/07. The original joint scheduling statement was filed on 1/15/08, but was defective; the corrected version was filed on 1/18/08.

[2] To "stand on the original petition" presumes that all claims are exhausted.

1

only, the amended petition must be filed on or before March 15, 2008, along with any memorandum of points and authorities;

      3. If petitioner chooses to proceed in accordance with 1 or 2 above, respondent must file an answer or dispositive motion within 45 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

      4. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition on or before March 15, 2008, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims on or before March 15, 2008; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

      5. Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

      6. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so by the March 15, 2008, deadline for filing supplemental points and authorities to the original petition or an amended petition; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

      7. If petitioner chooses to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity and, in any event, not beyond the March 15, 2008, deadline

1  for filing supplemental points and authorities to the original petition or an amended petition;
2  should petitioner file a motion for an evidentiary hearing, as respondent intends to oppose any
3  such motion, respondent must file the opposition within 30 days of service of the motion, and
4  petitioner must file any reply within 15 days of service of any opposition.
5  DATED: 01/22/08

6                                              /s/ Gregory G. Hollows
7                                              _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
8  GGH:009
   payn1710.stc