IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD J. PAYNE,

          Petitioner,                   No. CIV S-07-1710 FCD GGH P

     vs.

J.C. WALKER, et al.,

          Respondents.            ORDER

_____/

        Petitioner is proceeding with appointed counsel pursuant to 28 U.S.C. § 2254; nevertheless, petitioner has recently improperly made several pro se filings in this matter, alternately complaining about his counsel, then withdrawing the grievances, only to interpose them again.   See Docket Entry # 21, # 23, # 25, # 26.  These filings will be disregarded.

        Petitioner is not proceeding pro se and must therefore communicate to the court only by way of his counsel *unless and until* an appropriate notice of substitution of counsel has been filed, and the court has approved any such substitution.  Absent that, future pro se filings of petitioner will be disregarded.  In addition to electronically serving counsel for both parties, the Clerk in this instance is directed to serve this order by U.S. Mail upon petitioner pro se, as follows: Gerald J. Payne, CDC # V-63408/ CSP-Sacramento/ P.O. Box 29/Represa, CA 95671.

        IT IS SO ORDERED.

DATED: 04/22/08                      /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:009 - payn1710.ord