IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD J. PAYNE,**<br><br>                                   Petitioner,<br><br>         v.<br><br>**J.C. WALKER, et al.,**<br><br>                                   Respondents. | CIV S-07-1710 FCD GGH P<br><br>**ORDER FOR EXTENSION OF TIME** |

GOOD CAUSE APPEARING, Respondent is granted and additional thirty (30) days, until June 2, 2008, to file a responsive pleading.

Dated: 05/02/08

                                   /s/ Gregory G. Hollows
                                   United States Magistrate Judge

payn1710.po

[Proposed] Order

1