IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD J. PAYNE,** | CIV S-07-1710 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **J.C. WALKER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondents are hereby granted an additional (30) days, until July 2, 2008, to file a responsive pleading.

Dated: 06/02/08        /s/ Gregory G. Hollows
                       United States Magistrate Judge

payn1710.po2

[Proposed] Order

1