IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. PAYNE, | |
| Petitioner, | No. 2:07-cv-01710-MDS |
| vs. | <u>ORDER</u> |
| J.C. WALKER, et al. | |
| Respondent | |
| _____/ | |

Petitioner's request for a conformed copy of the petition filed on August 21, 2007, and a copy of the traverse filed on April 27, 2009, is GRANTED. The Clerk is directed to serve Petitioner with a copy of this Order, the petition, Docket No. 1, and the traverse, Docket No. 52, at his present address: Gerald J. Payne, V-63408, D.M.H.-Q-219, P.O. Box 2000, Vacaville, CA 95696.

Petitioner is reminded to continue to direct his communications with the court to the Clerk's office in Sacramento: 501 I Street, Suite 4-200, Sacramento, CA 95814.

DATED: January 28, 2010

/s/ Milan D. Smith, Jr.
UNITED STATES CIRCUIT JUDGE
Sitting by Designation